# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144711

WAYNE RULE, RAISA RULE, and
WANDA L. RULE,
            Plaintiffs-Appellants,

v                                                          SC: 144711
                                                          COA: 301874
                                                          Hillsdale CC: 10-000344-CH
U.S. BANK, N.A.,
            Defendant-Appellee.

_____/

        On order of the Court, the application for leave to appeal the January 17, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012

d0514                                                      Clerk